UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and )        Index No.: 19-CIV-9944 (KMK)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS )
AND ALLIED TRADES NATIONAL PENSION FUND )
and THE DISTRICT COUNCIL NO. 9 INTERNATIONAL )
UNION OF PAINTERS AND ALLIED TRADES, )
                                           )
                          Plaintiffs,      )
         -against-                         )        DEFAULT JUDGMENT
                                           )
                                           )
ALBA ARCH METAL & GLASS CORP. A/K/A        )
ALBA ARCHITECTURAL METAL & GLASS CORP.,    )
                                           )
                          Defendant.       )
                                           )

---

This action having been commenced on October 28, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Alba Arch Metal & Glass Corp. a/k/a Alba Architectural Metal & Glass Corp. on October 29, 2019 via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on November 1, 2019 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Eleven Thousand Four Hundred Twenty Five Dollars and Ninety Nine Cents ($11,425.99), which includes the following: contributions due and owing in the sum of $5,364.37 for the audit period October 15, 2018 through September 30, 2019; interest in the sum of

Case 7:19-cv-09944-KMK Document 11 Filed 02/26/21 Page 2 of 2

$301.75 calculated at 2% above prime per annum through to September 30, 2019; liquidated damages in the sum of $1,072.87 calculated at 20% of the principal amount; auditors' fees in the amount of $2,250.00; attorneys' fees in the sum of $1,970.00; plus court costs and disbursements of this action in the sum of $467.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       March 23, 2021

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.